**A19CV0813 LY**

Inability to pay Court Cost

Thursday August 15, 2019

On this day Koo-Hyun Kim came to me public Notary Terry Gibb and said all of documents to this honorable U.S. District Court for the Western District of TEXAS are true, true, and nothing but true. Kim has cash or property except $60 - $150 social security a week. My public notary expires un +++ the day of ___ __ ___ - year

palli Notary. name Terry Gibb

signature

Public Notary Seal

SUBSCRIBED AND SWORN BEFORE
ME THIS _15_ DAY OF _August_
2019 _Kim Kim_ - _____ PERSONALLY
APPEARED.

TERRY GRUBB
Notary Public, State of Texas
Comm. Expires 12-02-2022
Notary ID 128459176