IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 MAR 31 AM 11: 10
CLERK
WESTERN DISTRICT COURT
OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| JOHN KOO-HYUN KIM, PLAINTIFF, | § § § | |
| V. | § § | CAUSE NO. A-07-CA-123-LY |
| MICHAEL CHERTOFF, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DEFENDANT. | § § § § § | |

## ORDER

Before the Court are Defendant's Motion to Dismiss Plaintiff's Complaint and/or Motion for Summary Judgment filed August 27, 2007 (Doc. #22); Plaintiff's Response and Motion to Grant U.S. Citizenship filed August 31, 2007 (Doc. #23); and Defendant's Reply filed September 10, 2007 (Doc. #24), which were referred to the United States Magistrate Judge for findings and recommendations pursuant to Section 636(b) of Title 28 of the United States Code and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended. The Magistrate Judge filed his Report and Recommendation on January 16, 2008 (Doc. #32), recommending that this Court grant Defendant's motion for summary judgment and dismiss all of Plaintiff's claims in this cause. The Magistrate Judge further recommended that this Court deny Plaintiff's motion to grant U.S. citizenship. Finally, the Magistrate Judge further recommended that this Court order Plaintiff barred from filing any future civil actions in any federal court without first seeking leave of the Court in which he desires to file the action.

Pursuant to 28 U.S.C. § 636(b) and Rule 72(b) of the Federal Rules of Civil Procedure, a party may serve and file specific, written objections to the proposed findings and recommendations of the Magistrate Judge within ten (10) days after being served with a copy of the Report and Recommendation, and thereby secure a *de novo* review by the District Court. A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a Report and Recommendation bars that party, except upon grounds of plain error, from attacking on appeal

the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *See Douglass v. United Services Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).

The parties in this cause were properly notified of the consequences of a failure to file objections. Objections to the Report and Recommendation were due February 25, 2008. None of the parties has filed timely objections to the findings of fact and conclusions of law in the Report and Recommendation. The Court, having reviewed the entire record and finding no plain error, accepts the Report and Recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the United States Magistrate Judge's Report and Recommendation (Doc. #32) filed in this cause is hereby **APPROVED** and **ACCEPTED** by the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint and/or Motion for Summary Judgment filed August 27, 2007 (Doc. #22) is **GRANTED**. Plaintiff John Koo-Hyum Kim's claims against Defendant Michael Chertoff, Secretary of the United States Department of Homeland Security, are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Grant U.S. Citizenship filed August 31, 2007 (Doc. #23) is **DENIED**.

**IT IS FURTHER ORDER** that any further pending motions are **DENIED**.

**IT IS FINALLY ORDERED** that Plaintiff John Koo-Hyum Kim is barred from filing any future civil actions in any federal court without first seeking leave of the Court in which he desires to file an action.

SIGNED this **31st** day of March, 2008.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE